1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 628783)
   Special Assistant United States Attorney
5
       150 South Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5066
       chad.mandell@usdoj.gov
8
   Attorneys for the United States,
9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13 UNITED STATES OF AMERICA,          )   No. CR 09-00316 JW
                                      )
14             Plaintiff,             )
                                      )   STIPULATION AND [PROPOSED]
15 vs.                                )   ORDER CONTINUING HEARING
                                      )
16                                    )
   HERIBERTO ZARCO-BEIZA,             )
17                                    )
               Defendants.            )
18 _____

19
                              **STIPULATION**
20
       The parties, by and through their respective counsel, hereby stipulate and agree that the
21
   status hearing currently set for Monday, May 18, 2009 may be continued to Monday, June 8,
22
   2009 at 1:30 p.m.  The reason for the requested continuance is to permit the parties to continue
23
   settlement negotiations and to accommodate effective preparation of counsel.
24
       The parties further stipulate and agree the time until June 8, 2009 be excluded from the
25

26 Stipulation and [Proposed] Order Continuing
   Hearing, CR 09-00316 JW

                                      1

1  time within which trial shall commence, as reasonable time necessary for effective preparation
2  and continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18,
3  United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: May 15, 2009

s/_____
CYNTHIA LIE
Assistant Federal Public Defender

Dated: May 15, 2009

s/_____
CHAD MANDELL
Special Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Monday May 18, 2009 shall be continued to Monday June 8, 2009 at 1:30 p.m.

It is further ordered that the time until June 8, 2009 be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: May __15__, 2009

_____
JAMES WARE
United States District Judge

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00316 JW